IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| CHAD EDWIN LANGFORD, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO. 2:11cv255-TMH |
| | ) | |
| FEDERAL DEFENDERS MIDDLE | ) | |
| DISTRICT OF ALABAMA, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

**ORDER AND OPINION**

On May 21, 2013, the Magistrate Judge filed a Recommendation in this case to which

no timely objections have been filed.  (Doc. # 11).  Upon an independent review of the file

in this case and upon consideration of the Recommendation of the Magistrate Judge, it is

ORDERED and ADJUDGED that the Recommendation of the Magistrate Judge be

and is hereby ADOPTED and that this case is DISMISSED with prejudice as frivolous and

for failure to state a claim on which relief may be granted, pursuant to 28 U.S.C. §

1915(e)(2)(B) and 1915A(b)(1).

DONE this the 20th day of June, 2013.

  /s/   Truman M. Hobbs
TRUMAN M. HOBBS
SENIOR UNITED STATES DISTRICT JUDGE